UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL AARON DUTCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cv-01553-SEP |
| ANNE PRECYTHE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Upon review of the federal court records located on Public Access to Court Electronic Records (PACER), the Court has determined that Plaintiff Michael Aaron Dutcher has, while incarcerated, brought three or more civil actions in federal court that were dismissed for failure to state a claim upon which relief can be granted. *See Dutcher v. Precythe, et al.*, 4:23-cv-937-RHH (E.D. Mo. Nov. 7, 2023); *Dutcher v. Bade*, 2:22-cv-4107-SRB (W.D. Mo. May 4, 2023); *Dutcher v. Precythe, et al.*, 2:22-cv-4124-SRB (W.D. Mo. Oct. 19, 2022). Therefore, Plaintiff may not proceed *in forma pauperis* unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g). There are no allegations in his Amended Complaint indicating that Plaintiff is in imminent danger of serious physical injury. As a result, the Court will vacate its order granting Plaintiff's Application to Proceed in the District Court Without Prepayment of Fees and Costs and order Plaintiff to pay the full filing fee of $405 within 30 days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's Memorandum and Order dated June 6, 2024, is **VACATED** to the extent it granted Plaintiff's Application to Proceed in the District Court Without Prepaying Fees and Costs and assessed an initial partial filing fee. Doc. [16]

**IT IS FURTHER ORDERED** that Plaintiff's status as an *in forma pauperis* litigant is **REVOKED**.

**IT IS FURTHER ORDERED** that Plaintiff shall pay the $405 filing fee within 30 days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United

States District Court," and to include upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the filing of this action.

**IT IS FURTHER ORDERED** that Plaintiff's pending Motions for Preliminary and Permanent Injunction, Docs. [5] and [14], are **DENIED without prejudice** to refiling after Plaintiff's payment of the $405 filing fee.

Dated this 30th day of September, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE